# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GREATER MISSOURI MEDICAL ) <br> PRO-CARE PROVIDERS, INC. ) <br> ) <br> ) <br> vs. ) <br> ) <br> THOMAS E. PEREZ, sued in his ) <br> Official capacity, Secretary, *et al.* ) <br> ) | Case No. 14-5028-CV-SW-MDH |

___  Jury Verdict.    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.   This action came to determination before the Court.   The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court vacates all findings of violations and resulting awards against Greater Missouri Medical.   Judgement is entered in favor of Plaintiff and against Defendants.

IT IS SO ORDERED.

 May 26, 2016                             Paige Wymore-Wynn                
Date                                                 Clerk of Court


Entered on May 24, 2016              s/Linda Howard                           
                                                     (By) Deputy Clerk